UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 24-mj-08461-PGL

UNITED STATES OF AMERICA

v.

SIMRANJIT SINGH and GURSIMRAT SINGH

**ORDER ON VOLUNTARY DETENTION**

LEVENSON, M.J.

Defendants came before the Court, in connection with the above-numbered complaint, for an initial appearance on July 30, 2024.

Each represented by separate appointed counsel, Defendants waived their right to an immediate detention hearing and assented to the entry of a voluntary order of detention, reserving their right to return to this Court, regardless of whether there have been changed circumstances, so that either Defendant may be able to propose a release plan for the Court's consideration. Defendants each also waived their right to a preliminary hearing to establish probable cause.

Accordingly, it is ORDERED that Defendants be DETAINED pending trial. It is further ORDERED that:

(1) Defendants be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendants be afforded reasonable opportunity for private consultation with counsel; and

(3) on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Defendants are detained and confined shall deliver Defendants to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

Dated: July 31, 2024

/s/ Paul G. Levenson
PAUL G. LEVENSON
United States Magistrate Judge